# EXHIBIT 1

Person/Attorney Filing: Amy Hoffman
Mailing Address: 4742 N. 24th St. #300
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (623)565-8851
E-Mail Address: ahoffman@hoffmanlegalaz.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022762, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF YAVAPAI

CANNON COCHRAN MANAGEMENT SERVICE,
INC, et al.
Plaintiff(s),
v.
Kristina Jansky, et al.
Defendant(s).

Case No.   P1300CV202200783

**SUMMONS**

To: Bill Davis Trucking, Inc.

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 120 South Cortez Street, Prescott, Arizona 86303 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of YAVAPAI

SIGNED AND SEALED this date: *November 7, 2022*

*DONNA McQUALITY*
Clerk of Superior Court

By:*ABAUMAN*
Deputy Clerk



FILED
DONNA McQUALITY
CLERK, SUPERIOR COURT
11/07/2022 2:50PM
BY: ABAUMAN
DEPUTY

Case No.: P1300CV202200783
HON. MICHAEL MCGILL

Person/Attorney Filing: Amy Hoffman
Mailing Address: 4742 N. 24th St. #300
City, State, Zip Code: Phoenix, AZ 85016
Phone Number: (623)565-8851
E-Mail Address: ahoffman@hoffmanlegalaz.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 022762, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF YAVAPAI

CANNON COCHRAN MANAGEMENT SERVICE,
INC, et al.
Plaintiff(s),
v.
Kristina Jansky, et al.
Defendant(s).

Case No.

**CERTIFICATE OF COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Yavapai County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

**RESPECTFULLY SUBMITTED this**

By: Amy Hoffman /s/
Plaintiff/Attorney for Plaintiff

Amy Wilkins Hoffman (SBN 022762)
HOFFMAN LEGAL, LLC
4742 N. 24th St., Ste. 300
Phoenix, AZ 85016
Tel: 623-565-8851
ahoffman@hoffmanlegalaz.com
*Attorneys for Plaintiff*

## IN THE SUPERIOR COURT OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| CANNON COCHRAN MANAGEMENT SERVICE, INC., aka CCMSI, an Illinois corporation, CLEAR SPRING PROPERTY AND CASUALTY COMPANY, a Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>BILL DAVIS TRUCKING, INC., an Arkansas corporation; KRISTINA JANSKY, personal representative of LARRY WHITED, deceased; BRITTANY CHAVERS, personal representative of LARRY WHITED, deceased; JAMES F. JOHNSON, personal representative of CRYSTAL MARIE WHITED, deceased,<br><br>Defendants. | No.<br><br>**COMPLAINT** |

Plaintiff Cannon Cochran Management Service, Inc. ("CCMSI" or "Plaintiff") files its Complaint against Defendant Bill Davis Trucking, Inc. and the personal representatives of Bill Davis Trucking employees Larry Whited and Chrystal Marie Whited, and alleges as follows:

1. This is a subrogation complaint to recover amounts expended by Plaintiff in workers' compensation payments on behalf of its insured, Yon Woo Chong. Mr. Chong was seriously injured in a vehicle accident on November 12, 2020. Because Mr. Chong has failed to bring suit against Defendant, Mr. Chong's claim has been deemed assigned to the carrier by statute.

2. Plaintiff seeks recovery for the medical and disability payments made to Mr. Chong.

## PARTIES AND JURISDICTION

3. Plaintiff CCMSI now is, and at all times relevant to this action was, a corporation duly organized and existing under the laws of the State of Illinois and authorized by the State of Arizona to engage in the business of writing and selling insurance in this State.

4. CCMSI is the claims administrator for Clear Springs Insurance.

5. Clear Spring Property & Casualty Company ("Clear Spring") is a corporation duly organized and existing under the laws of the State of Illinois and authorized by the State of Arizona to engage in the business of writing and selling insurance in this State. It was the worker's compensation insurer for Global Expedited Transportation at all times relevant to this complaint.

6. Defendant Bill Davis Trucking, Inc., is an Arkansas corporation, and was the employer of Larry Whited and Crystal Marie Whited at all times relevant to this complaint.

7. Defendant Kristina Janskey and Brittany Chavers are the personal representatives of Larry Whited. Mr. Whited is deceased. He was operating one of the vehicles involved in the November 12, 2020 automobile accident.

2

8. Defendant James F. Johnson is the personal representative of Crystal Marie Whited. Ms. Whited is deceased. She was operating one of the vehicles involved in the November 12, 2020 automobile accident.

9. This action is based in tort and arises from an incident in Yavapai County, Arizona.

10. Jurisdiction is appropriate in this court.

11. Yavapai County is a proper venue, pursuant to A.R.S. §12-401(10).

## FACTUAL BACKGROUND

12. On November 12, 2020, non-party Viviana Salazar was driving a passenger car westbound on Interstate 40 in Yavapai County when her vehicle was in a sideswipe collision with a semi-tractor trailer operated by Yon Woo Chong.

13. Ms. Salazar pulled into the median between the two directions of traffic after the collision. Mr. Chong stopped his vehicle on the left side of the westbound freeway to check on Ms. Salazar and the damage to her vehicle.

14. Mr. Chong's tractor-trailer was then struck by the semi-tractor trailer operated by Larry Whited and Crystal Marie Whited.

15. The collision between the two semis caused a fire. Larry Whited and Crystal Marie Whited were killed in the collision.

16. Mr. Chong attempted to rescue Larry Whited and Crystal Whited from the cab of the burning vehicle. He sustained severe burns and was airlifted to the hospital.

17. At the time of the accident, Larry Whited and Crystal Whited were driving in the course and scope of their employment for Bill Davis Trucking.

18. Plaintiff Clear Spring is the worker's compensation insurance carrier for Mr. Chong's employer, as that term is used in Ariz. Rev. Stat. Ann. § 23-1023, and CCMSI is the third party administrator for Clear Spring.

3

19. Plaintiff has paid benefits to and on behalf of Mr. Chong pursuant to the terms and conditions of the worker's compensation insurance policy and will do so in the future.

20. Mr. Chong has failed to pursue a remedy by instituting an action against the Whiteds' personal representatives for his injuries.

21. Pursuant to Ariz. Rev. Stat. Ann. § 23-1023(B), Mr. Chong's claim has been assigned to Plaintiff.

## COUNT I - NEGLIGENCE

22. Plaintiffs incorporate the foregoing paragraphs 1-21 as though fully set forth herein.

23. Defendants were under a common law duty or obligation to exercise reasonable care for the safety of others.

24. Defendants were under a duty to operate a motor vehicle safely and with reasonable care.

25. Defendants violated that duty.

26. Defendants' conduct was negligent.

27. Due to Defendants' negligence, Mr. Chong sustained injuries.

28. Mr. Chong underwent reasonable and necessary medical treatment and incurred medical bills.

29. Plaintiff has paid benefits to and on behalf of Mr. Chong and will do so in the future for his damages set forth above pursuant to the terms and conditions of the worker's compensation insurance policy.

30. Pursuant to Ariz. Rev. Stat. Ann. § 23-1023(B), Plaintiff is entitled to reimbursement from Defendants for the benefits paid.

31. Plaintiff has been damaged in an amount to be proven at trial.

## COUNT II – VICARIOUS LIABILITY

32. Plaintiff incorporates the foregoing paragraphs 1-31 as though fully set forth herein.

33. At the time of the November 12, 2020 accident, Larry Whited and Crystal Marie Whited were the agents of Bill Davis Trucking, Inc.

34. Larry Whited and Crystal Whited were in the course and scope of their agency at the time of the accident.

35. Bill Davis Trucking is vicariously liable for the negligent acts of its agents performed in the course and scope of their agency.

36. Mr. Chong underwent reasonable and necessary medical treatment and incurred medical bills and disability payments.

37. Plaintiffs have paid benefits to and on behalf of Mr. Chong and will do so in the future for his damages set forth above pursuant to the terms and conditions of the worker's compensation insurance policy.

38. Pursuant to Ariz. Rev. Stat. Ann. § 23-1023(B), Plaintiffs are entitled to reimbursement from Defendants for the benefits paid.

39. Plaintiff has been damaged in an amount to be proven at trial.

**WHEREFORE**, Plaintiffs request judgment against Defendants for:

A. General and special damages of Mr. Chong paid for by Plaintiffs;

B. Prejudgment interest on the benefits paid;

C. Post judgment interest on the judgment;

D. Such other relief as the Court deems just and proper.

**RESPECTFULLY SUBMITTED** this 7th day of November, 2022.

5

HOFFMAN LEGAL, LLC

By /s/ Amy Wilkins Hoffman
    Amy Wilkins Hoffman
    Hoffman Legal, LLC

Attorneys for Plaintiffs

6